Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
March 28, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 28, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re

James Earl Rogers Jr

debtor(s)

Chapter 13 Case No. 10-43310-EDJ13

Hearing: 03/07/2011
Time: 9:30 a.m.
Courtroom: 215

**ORDER DENYING MOTION FOR RECONSIDERATION AND DISMISSING CASE**

A hearing was held regarding the Debtor's Motion for Reconsideration, the Honorable Edward Jellen presiding. Martha G. Bronitsky, Esq. Chapter 13 Trustee appeared on her own behalf. Debtor James Rogers, appeared on his own behalf telephonically. Melissa Vermillion, Esq. appeared on behalf of Creditor U.S. Bank telephonically.

Good cause appearing, IT IS ORDERED:

The Debtor's Motion for Reconsideration is Denied. This case is Dismissed effective immediately.

Case: 10-43310   Doc# 131   Filed: 03/28/11   Entered: 03/28/11 18:50:18   Page 1 of 2

END OF ORDER

| | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | ALL RECIPIENTS |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |